Kelly W. Cunningham, Esq., No. 186,229
Daniel M. Cislo, Esq., No. 125,378
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone:  (310) 451-0647
Telefax:  (310) 394-4477

Attorneys for Plaintiffs
Yahrzeitronix, Inc. and Jerry Siegel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHRZEITRONIX, INC., a Delaware corporation; JERRY SIEGEL, an individual and resident of California,<br><br>                    Plaintiff,<br><br>          vs.<br><br>W & E BAUM BRONZE TABLET CORP., believed to be a New Jersey corporation doing business as W & E Baum; RICHARD BAUM, an individual believed to be a resident of New Jersey; MAURICE ZAGHA, an individual believed to be a resident of New Jersey; and DOES 1-9, inclusive,<br><br>                    Defendants. | CASE NO.<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT OF**<br><br>**(1) PATENT INVALIDITY (IN LIGHT OF PRIOR ART);**<br><br>**(2) PATENT INVALIDITY (INVENTOR OMITTED); AND**<br><br>**(3) CORRECTION OF INVENTORSHIP; AND**<br><br>**(4) PATENT NONINFRINGEMENT**<br><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Yahrzeitronix, Inc. ("Yahrzeitronix") and Jerry Siegel ("Mr. Siegel," collectively with "Yahrzeitronix" as "Yahrzeitronix" or "Plaintiffs"), allege as follows:

## I.   THE PARTIES

1.     Yahrzeitronix is a Delaware corporation with a principal place of business located in this judicial district at 4925 Wilshire Blvd., Suite 101, Los Angeles, California 90010.

2.     Mr. Siegel is an individual and resident of Los Angeles, California and the President of Yahrzeitronix.

3.     Upon information and belief, Defendant W & E Baum Bronze Tablet Corporation ("W&E Baum"), is a New Jersey corporation doing business as W&E Baum with a principal place of business located at 89 Bannard Street, Freehold, New Jersey 07728.

4.     Upon information and belief, Defendant Richard Baum ("Mr. Baum") is an individual and resident of the State of New Jersey and an officer or principal of Defendant W&E Baum.

5.     Upon information and belief, Defendant Maurice Zagha ("Mr. Zagha") is an individual and resident of Manalapan, New Jersey; an officer or employee of Defendant W&E Baum; and the named inventor of the patent at issue in the present action, U.S. Patent No. 8,390,204 ("the Zagha patent" or "the patent-in-suit").

6.     The true names and capacities, whether individual, corporate or otherwise of Defendants Does 1-9 inclusive, are unknown to Plaintiffs, who therefore sues them by such fictitious names.  Plaintiffs will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained.  Plaintiffs are informed and believe and thereon allege that each of the fictitiously named Defendants is responsible in some manner for the occurrences

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

herein alleged and that Plaintiffs' damages as herein alleged were proximately caused by those Defendants.  At all times herein mentioned, Defendants Does 1-9 inclusive were the agents, servants, employees or attorneys of their co-defendants, and in doing the things hereinafter alleged were acting within the course and scope of their authority as those agents, servants, employees or attorneys, and with the permission and consent of their co-defendants.

## II.   JURISDICTION & VENUE

7.   This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 2201, 1331, and 1367.

8.   This Court has personal jurisdiction over Defendants in that they sent Yahrzeitronix a licensing, or in the alternative, a cease and desist letter in this district and has made numerous statements to customers and potential customers, including within this district, alleging that Yahrzeitronix and Mr. Siegel are infringing the patent-in-suit.  Also, they actively direct their marketing, advertising, promotions, sales, and services at California residents as their customers, including through their web site, *www.webaum.com*.  On this web site, Defendants advertise and offer for sale the donor recognition products and market them as "patented." Defendants therefore are subject to personal jurisdiction in this judicial district.

9.   Venue is proper pursuant to 28, U.S.C. § 1391(b) as to the Defendants because a substantial part of their acts or omissions giving rise to the claims herein occurred in this judicial district.

## III.   FACTUAL BACKGROUND

10.   Mr. Siegel conceived of the automated Yahrzeitz memorial board at least as early as the summer of 2006.  (*See, e.g.*, Exh. 1, a true and correct copy of

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

an email message sent from him to a developer concerning his invention).  He developed his first working automated boards and systems in the fall of 2006 -- the world's first automated Yahrzeitz boards, to his knowledge; and was marketing them to synagogues throughout the country, including at annual conventions and trade shows, at least as early as October 2006.  (*See, e.g.*, Exh. 2, a true and correct copy of an email exchange between Mr. Siegel and a prospective customer).  He was selling automated systems to customers at least as early as October 2006.  (*See, e.g.*, Exh. 3, a true and correct copy of an email exchange between Mr. Siegel and a prospective customer).  And, he was mounting fully automated boards for his customers at least as early as October 2007.

11.  Mr. Siegel learned from his patent counsel at the time that the invention of an automated Yahrzeitz board itself was likely not patentable, and as a result, he attempted instead to obtain a patent on the particular electronic circuit he had devised for the boards.  Mr. Siegel then filed his patent application with the U.S. Patent and Trademark Office ("USPTO") on August 4, 2008.  Most importantly for the present complaint, in addition to claiming the electronic circuitry in his patent application, Mr. Siegel also disclosed that he had invented the automated Yahrzeitz board, to which he applied his novel electronic circuit.  (Exh. 4, a true and correct copy of Mr. Siegel's patent application, at, *e.g.*, Fig. 4; p. 1, ¶ [0004]; p. 2, ¶ [0015]; p. 3, ¶ [0039]; and p. 4, claim 4).

12.  Mr. Siegel formed Yahrzeitronix to market and sell automated Yahrzeitz memorial boards primarily to synagogues.  As a result of considerable hard work, quality products, and established goodwill, Yahrzeitronix has become a highly respected supplier of standard and customized congregant and donor recognition products, serving numerous synagogues throughout the United States, including in this judicial district, including automated Yahrzeitz memorial boards.

13.  Yahrzeitronix develops whole automated boards, retro-fit systems for existing boards, and a "smart LED bulb" designed exclusively for use in both new

4

and/or retrofitted systems. The "smart LED bulb" is an LED (light-emitting diode) mounted to a small circuit board that maintains special identifier data and is small enough to screw into and fit inside of a standard small light bulb socket.

14. Sometime in approximately 2007 or 2008, Mr. Siegel disclosed to Richard Baum of W&E Baum his invention with a proposal that W&E Baum, with its greater capacity to make the novel automated boards, could license from Mr. Siegel the right to make the boards so long as it would purchase the "smart LED bulbs" exclusively from Mr. Siegel. Ultimately, after several discussions, and after Mr. Siegel had thoroughly disclosed the automated board concept and systems to Mr. Baum, W&E Baum elected not to enter into any license agreement or other contractual relationship with Yahrzeitronix or Mr. Siegel.

15. On February 9, 2009, unbeknownst to Mr. Siegel, Richard Baum's partner, Maurice Zagha, filed a patent application with the United States Patent and Trademark Office. (Exh. 5, a true and correct copy of the Zagha patent, showing the filing date on the face page). On March 5, 2013, after examining this patent application, the USPTO issued the Zagha patent. (*Id.*).

16. Mr. Siegel learned of this patent only very recently -- after he had heard from respected colleagues within the industry that Mr. Baum had been threatening a number of Mr. Siegel's customers with the patent, using derogatory names and descriptions about Mr. Siegel to customers and potential customers of Mr. Siegel, and claiming that Mr. Siegel's products infringe its Zagha patent.

17. Then, on or about November 18, 2013, Yahrzeitronix received a letter from Mr. Baum of W&E Baum notifying Yahrzeitronix of the Zagha patent and claiming that Yahrzeitronix may infringe certain patent rights. (*See*, Exh. 6, a true and correct copy of W&E Baum's November 18, 2013 letter as received by Yahrzeitronix).

18. Yahrzeitronix contends that it does not infringe the Zagha patent, that the patent is invalid in light of certain prior art, and that the patent is invalid in light

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

of the fact that Mr. Siegel disclosed the invention to Mr. Zagha's partner over a year before Mr. Zagha first filed any patent application covering the invention. Additionally, Yahrzeitronix contends that, in any event, its prior commercial use of the boards and system identical to those accused by W&E Baum of infringing the Zagha patent constitutes an absolute defense to patent infringement under 35 U.S.C. § 273.

19.     These disputes, therefore, give rise to the following claims for relief.

## IV.   FIRST CLAIM FOR RELIEF
### Declaratory Judgment of Patent Invalidity
### (Patent Claims Anticipated or Obvious)
### Against all Defendants

20.     Yahrzeitronix hereby repeats and incorporates herein the allegations set forth in paragraphs 1 through 19 above.

21.     Defendants contend that Yahrzeitronix infringes one or more claims of the Zagha patent.  In order to contend patent infringement, Defendants also necessarily contend that the Zagha patent is valid.  By contrast, Yahrzeitronix contends that the Zagha patent is invalid in view of the prior art and prior invention by Mr. Siegel, thereby creating an actual case and controversy within the jurisdiction of this Court pursuant to 28 U.S.C. §§ 2201-2202.

22.     The Zagha patent claims are invalid since the subject matter sought to be patented is anticipated pursuant to 35 U.S.C. § 102 or rendered obvious pursuant to 35 U.S.C. § 103 in view of, among other prior art, Yahrzeitronix own prior automated boards, drawings, distributed marketing materials, and sales within the United States.

23.     The Zagha patent is invalid under 35 U.S.C. § 102 because each and every element of the claimed invention was described in a printed publication, or in

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

public use, on sale, or otherwise available to the public before the effective filing date of the claimed invention; or was described in an application for patent published or deemed published under Section 122(b), in which the application names another inventor and was effectively filed before the effective filing date of the claimed invention.

24.     The Zagha patent is invalid under 35 U.S.C. § 103 because the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains.

25.     Accordingly, there exists an actual justiciable controversy between Defendants and Yahrzeitronix concerning whether the claims of the Zagha patent are invalid in view of the combined teachings of the prior art.

26.     Yahrzeitronix requests a judgment declaring that the Zagha patent is invalid.  Such a determination and declaration is necessary and appropriate so the parties may ascertain their respective rights and duties regarding the invalidity of the Zagha patent.

27.     Defendants' allegation that the Zagha patent is valid and enforceable irreparably harmed and injured Yahrzeitronix and will continue to do so until and unless prevented by this Court.  To resolve the legal and factual questions raised by Defendants' allegations, Yahrzeitronix is entitled to a judgment stating its rights and that the Zagha patent is invalid.

///

///

///

# V.   SECOND CLAIM FOR RELIEF

## Declaratory Judgment of Patent Invalidity

### (Omission of Inventor)

### Against All Defendants

28.   Yahrzeitronix hereby repeats and incorporates herein the allegations set forth in paragraphs 1 through 27 above.

29.   Defendants contend that Yahrzeitronix infringes one or more claims of the Zagha patent.   In order to contend patent infringement, Defendants also necessarily contend that the Zagha patent is valid.   By contrast, Yahrzeitronix contends that the Zagha patent is invalid because Mr. Zagha is not the inventor, thereby creating an actual case and controversy within the jurisdiction of this Court pursuant to 28 U.S.C. §§ 2201-2202.

30.   The Zagha patent claims are invalid because the patented subject matter was not invented by Mr. Zagha but instead was invented by Mr. Siegel.   Mr. Siegel then disclosed and discussed his invention in detail with Mr. Zagha's partner and close colleague, Richard Baum.   Additionally, Mr. Siegel had begun marketing his automated Yahrzeitz boards and systems before the February 9, 2009 priority date for the Zagha patent.

31.   Upon information and belief, either Mr. Baum used the information and details he learned from Mr. Siegel, or Mr. Baum or Mr. Zagha learned of the details from Mr. Siegel's extensive marketing efforts to (or the small number of automated systems Mr. Siegel had already installed for) the same relatively small community of customers and potential customers that W&E Baum markets to.   In any case, Mr. Baum and/or Mr. Zagha and prepared and filed the patent application that matured into the Zagha patent naming Mr. Zagha as the inventor.

32.   Upon information and belief, Mr. Zagha did not develop the subject matter claimed in the Zagha patent and is incorrectly identified on the Zagha patent

8

as the sole inventor.  Instead, Mr. Siegel should have been listed as the inventor.

33.    Accordingly, there exists an actual justiciable controversy between Defendants and Yahrzeitronix concerning whether the Zagha patent are invalid in view of Mr. Siegel's earlier conception and invention and W&E Baum's access to know the details of Mr. Siegel's invention before the priority date of the Zagha patent.

34.    Yahrzeitronix requests a judgment declaring that the Zagha patent is invalid.  Such a determination and declaration is necessary and appropriate so the parties may ascertain their respective rights and duties regarding the invalidity of the Zagha patent.

35.    Defendants' allegation that the Zagha patent is valid and enforceable irreparably harmed and injured Yahrzeitronix and will continue to do so until and unless prevented by this Court.  To resolve the legal and factual questions raised by Defendants' allegations, Yahrzeitronix is entitled to a judgment stating its rights and that the Zagha patent is invalid.

## VI.    THIRD CLAIM FOR RELIEF
### Declaratory Judgment of Omission of Inventor on Patent
### Against All Defendants

36.    Yahrzeitronix hereby repeats and incorporates herein the allegations set forth in paragraphs 1 through 35 above.

37.    Defendants contend that Yahrzeitronix infringes one or more claims of the Zagha patent.   In order to contend patent infringement, Defendants also necessarily contend that Mr. Zagha is rightfully named as the inventor on the Zagha patent.  By contrast, Yahrzeitronix contends that the Mr. Siegel should be named as the inventor on the Zagha patent because Mr. Siegel was the inventor, not Mr. Zagha, thereby creating an actual case and controversy within the jurisdiction of

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

this Court pursuant to 28 U.S.C. §§ 2201-2202.

38.   The Zagha patent's claims recite the invention that Mr. Siegel conceived.   Mr. Siegel disclosed and discussed his invention in detail with Mr. Zagha's partner and close colleague, Richard Baum.  Additionally, Mr. Siegel had begun marketing his automated Yahrzeitz boards and systems before the February 9, 2009 priority date for the Zagha patent.

39.   Upon information and belief, either Mr. Baum used the information and details he learned from Mr. Siegel, or Mr. Baum or Mr. Zagha learned of the details from Mr. Siegel's extensive marketing efforts to (or the small number of automated systems Mr. Siegel had already installed for) the same relatively small community of customers and potential customers that W&E Baum markets to.  In any case, Mr. Baum and/or Mr. Zagha and prepared and filed the patent application that matured into the Zagha patent naming, erroneously or otherwise, Mr. Zagha as the inventor.

40.   Upon information and belief, Mr. Zagha did not develop the subject matter claimed in the Zagha patent and is incorrectly identified on the Zagha patent as the sole inventor.  Instead, Mr. Siegel should be listed as the inventor.

41.   Accordingly, there exists an actual justiciable controversy between Defendants and Yahrzeitronix concerning whether Mr. Siegel should be listed as the inventor on the Zagha patent.

42.   Yahrzeitronix requests a judgment declaring that Mr. Siegel is the inventor of subject matter of the Zagha patent and therefore must be named as the inventor thereof.  Such a determination and declaration is necessary and appropriate so the parties may ascertain their respective rights and duties regarding the Zagha patent.

43.   Defendants' allegation that Mr. Zagha is the inventor of the Zagha patent irreparably harmed and injured Yahrzeitronix and will continue to do so until and unless prevented by this Court.  To resolve the legal and factual questions

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

raised by Defendants' allegations, Yahrzeitronix is entitled to a judgment stating its rights and that Mr. Siegel should be named as the inventor on the Zagha patent.

## VII.   FOURTH CLAIM FOR RELIEF
### Non-Infringement of Patent
### Against all Defendants

44.   Yahrzeitronix hereby repeats and incorporates herein the allegations set forth in paragraphs 1 through 43 above.

45.   Defendants contend that Yahrzeitronix infringes one or more claims of the Zagha patent.  By contrast, Yahrzeitronix contends that it does not infringe the Zagha patent, thereby creating an actual case and controversy within the jurisdiction of this Court pursuant to 28 U.S.C. §§ 2201-2202.

46.   First, Yahrzeitronix is protected by the prior commercial use absolute defense under 35 U.S.C. § 273.  Pursuant to Section 273, Yahrzeitronix is entitled to a defense with respect to its Yahrzeitz boards and systems because it, acting in good faith, commercially made, used, sold, and offered for sale its accused Yahrzeitz board and systems in the United States at least one (1) year before the effective filing date of the Zagha patent as well as at least one year before the date on which Defendants ever disclosed their claimed memorial boards or systems to the public.

47.   Accordingly, there exists an actual justiciable controversy between Defendants and Yahrzeitronix concerning whether Yahrzeitronix infringes the Zagha patent in view of Mr. Siegel's prior conception and commercial use more than one year before the priority date of the Zagha patent.

48.   Yahrzeitronix requests a judgment declaring that it does not infringe the Zagha patent.  Such a determination and declaration is necessary and appropriate so the parties may ascertain their respective rights and duties regarding

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

the Zagha patent.

49.     Defendants' allegation that Yahrzeitronix infringes the Zagha patent and that the Zagha patent is even enforceable against Yahrzeitronix irreparably harmed and injured Yahrzeitronix and will continue to do so until and unless prevented by this Court.  To resolve the legal and factual questions raised by Defendants' allegations, Yahrzeitronix is entitled to a judgment stating its rights and that the Zagha patent is not enforceable against Yahrzeitronix.

## VIII.  <u>PRAYER FOR RELIEF</u>

WHEREFORE, Yahrzeitronix prays that this Court:

1.     Enter judgment that Mr. Siegel is the inventor of the subject matter of U.S. Patent No. 8,390,204 and therefore must be named thereon as the inventor.

2.     Enter an order correcting the named inventors of U.S. Patent No. 8,390,204 and all other foreign and domestic patents in which Defendants are attempting to claim any aspect of Yahrzeitronix's ideas or designs for an automated memorial board or system and instructing the Director of the USPTO to issue an appropriate certificate reflecting this correction.

3.     Enter an order requiring Defendants to serve on Yahrzeitronix within thirty (30) days after the issuance of any such order, a report in writing, under oath, setting forth in detail all pending patent applications, both foreign and domestic, that disclose or claim any aspect of Yahrzeitronix's ideas or designs for an automated memorial board or system.

4.     Enter an order that Defendants must act as constructive trustees on Yahrzeitronix's behalf in maintaining and prosecuting all foreign and domestic patent applications in which Defendants are attempting to claim any exclusive patent rights to inventions employing Yahrzeitronix's ideas or designs for an automated memorial board or system.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647     FACSIMILE: (310) 394-4477

5.      Enter an order requiring Defendants to file with this Court and serve on Yahrzeitronix within thirty (30) days after the issuance of any such order, a report in writing, under oath, setting forth in detail the manner and form in which Defendants have complied with the Court's orders.

6.      Alternatively, enter judgment that U.S. Patent No. 8,390,204 is invalid.

7.      Enter judgment that Yahrzeitronix has not infringed and does not infringe U.S. Patent No. 8,390,204.

8.      Enter judgment that U.S. Patent No. 8,390,204 is not enforceable against Yahrzeitronix.

9.      Enter an order that this is an exceptional case under 35 U.S.C. § 285.

10.     Enter judgment for Yahrzeitronix for the costs of this action and its attorneys' fees incurred; and

11.     Order such other and further legal and equitable relief as the Court may deem appropriate.

Respectfully submitted,

CISLO & THOMAS LLP

Dated: December 10, 2013          By:      /Kelly W. Cunningham/
                                          Kelly W. Cunningham, Esq.
                                          Daniel M. Cislo, Esq.

                                          Attorneys for Plaintiffs
                                          Yahrzeitronix, Inc. and Jerry Siegel

T:\13-28334\Complaint for Declaratory Judgment.doc

CISLO & THOMAS LLP
Attorneys at Law
1333 2ND STREET
SUITE 500
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

# DEMAND FOR JURY TRIAL

Pursuant to Fed.R.Civ.P. 38, Plaintiffs Yahrzeitronix, Inc. and Jerry Siegel hereby demand a trial by jury on all issues raised by the Complaint so triable.

Respectfully submitted,

CISLO & THOMAS LLP

Dated:  December 10, 2013             /Kelly W. Cunningham/
                                      Kelly W. Cunningham, Esq.
                                      Daniel M. Cislo, Esq.

                                      Attorneys for Plaintiffs
                                      Yahrzeitronix, Inc. and Jerry Siegel

T:\13-28334\Complaint for Declaratory Judgment.doc

**EXHIBIT 1**

**Jssiegel**

*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*
*Redacted Redacted Redacted Redacted Redacted Redacted Redacted*

-----Original Message-----
**From:** jssiegel [mailto:Jssiegel@charter.net]
**Sent:** Monday, September 25, 2006 7:12 PM
**To:** *Redacted Redacted Redacted Redacted*
**Subject:** RFQ From Jerry Siegel

*Red* :

I'm seeking a small PCB Board that will fit in a E14 Light Base that will hold a single LED that will be powered by 5 volts supplied by 5 volt common buss.
This common buss will also be supplying up to 300 other bulbs at the same time. I'm attaching a Drawing of a circuit that will be installed before the Common buss and supplying it. The PCB that your going to design will need to work along with the supplied circuit and be able to assign it's own identity and hold it. So when the program directs it to open or close (On-OFF) it can follow those commands.

The PCB must be able to fit in an E14 Assembly as shown in LEB Smart Bulb.bmp and LED Lamp Assm.jpg

This should be enough to get to, can you or can you not design the said PCB/LED board or circuit and how much, I need firm pricing.
.
Thank you

Jerry Siegel
*Redacted Redacted Redacted*

**EXHIBIT 2**

*RedactedRedactedRedactedRedactedRedactedRedacted*

*RedactedRedactedRedactedRedactedRedacted*

**From:**
**Sent:** Monday, October 09, 2006 3:24 PM
**To:** 'jssiegel'
**Subject:** RE: Yahrtzeitronix and the NATA Show

*RedactedRedactedRedactedRedactedRedactedRedactedRedacted*
*RedactedRedactedRedactedRedactedRedactedRedactedRedacted*
*RedactedRedactedRedactedRedactedRedactedRedactedRedacted*

-----Original Message-----
**From:** jssiegel [mailto:jssiegel@charter.net]
**Sent:** Monday. October 09. 2006 10:52 AM
**To:** *RedactedRedactedRedactedRedactedRedacted*
**Subject:** Yahrtzeitronix and the NATA Show

*Redac* :

Good morning, after a lot of electrical engineering we "NOW" do have a Automatic Yahrtzeit System and it is in the prototyping stages.

I do plan to be at the NATA Conference at the end of the month with a presence and a product to sell.

Please give me an opinion on two things:
1) The name and logo design Yahrtzeitronix vs. Shamash Pal, or if you have a name to throw into the hat.
2) The design of how I plan to use the space (Booth) at the show.

You should be able to open the attachment in Microsoft Viewer.

Thanks

Jerry Siegel

**EXHIBIT 3**

*RedactedRedactedRedactedRedactedRedactedRedacted*

**From:** *RedactedRedactedRedactedRedactedRedactedRedacted*
**Sent:** Thursday, October 12, 2006 7:58 AM
**To:** jssiegel@charter.net
**Subject:** *Redacte* Wall Memorial, *Redac* Synagogue

Jerry,

  I got your message and am happy to work with you on the yahrtzeit. However I am in *Redac* at the moment and will be for this month so I can't get to the drawings for the dimentions I need for you. I will be back on the 3rd of October and can assist you then. Sorry for the inconvenience.
                              Thanks, *RedactedRedactedRedacted*

>From: "jssiegel" <jssiegel@charter.net>
>To: *RedactedRedactedRedactedRedactedRedactedRedacted*
>CC:
>Subject:         Wall Memorial,          Synagogue Date: Mon, 9 Oct 2006
>13:17:26 -0500
>
>*Red* :
>
>
>
>I'm assisting *Redacted*        in the process of the Quotation, Ordering
>and Manufacturing the Memorial Board for the synagogue in *Redac* .
>
>She has told me of your involvement in the design and possible
>manufacturing portions, I'm here to assist both of you by laying out
>the components that would become the assembly thereof. If you could
>forward me the physical dimensions your achieving for, I would like to
>lay them out in a CADD drawing in order to make a set of prints that
>everyone can follow.
>
>
>
>Thank you:
>
>
>
>Jerry Siegel
>
>Yahrtzeitronix
>
>3012 Berkeley RD
>
>Duluth, MN 55811
>
>*RedactedRedacted*
>
 >

1

**EXHIBIT 4**

Case 2:13-cv-09120-RGK-CW   Document 1 Filed 12/10/13   Page 22 of 57   Page ID #:22

US 20100026086A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2010/0026086 A1**

Siegel et al. (43) **Pub. Date:** **Feb. 4, 2010**

(54) **TWO-WIRE ADDRESSING SCHEME**

(76) Inventors: **Jerry Siegel**, Los Angeles, CA (US); **Mitchell Budnlak**, Highland Park, IL (US); **Kerry S. Berland**, Chicago, IL (US); **Paul Berland**, Elgin, IL (US); **Rick Stellmacher**, Cupertino, CA (US); **Phillippe Habib**, Mountain View, CA (US)

Correspondence Address:
LAW OFFICES OF EUGENE M. CUMMINGS, P.C.
ONE NORTH WACKER DRIVE, SUITE 4130
CHICAGO, IL 60606 (US)

(21) Appl. No.: **12/185,642**

(22) Filed: **Aug. 4, 2008**

**Publication Classification**

(51) **Int. Cl.**
$H04B\ 3/54$ (2006.01)

(52) **U.S. Cl.** ........................................... **307/2**

(57) **ABSTRACT**

A two-wire communications system is disclosed. The disclosed communications system uses a distributed power line and a distributed common line to transmit messages. A power transistor is operated to transmit either a logical high or a logical low using the two signal lines.





Fig 1





Fig 3A



Fig. 3B



Fig. 3C



Fig. 4

US 2010/0026086 A1                                                    Feb. 4, 2010

1

## TWO-WIRE ADDRESSING SCHEME

### FIELD OF THE INVENTION

[0001]   The present invention relates generally to systems, apparatus, and methods for addressing and/or selecting electronic devices within a device, and more particularly to systems, apparatus, and methods for assigning an address to an electronic device, and even more particularly to systems, apparatus, and methods for assigning an address to an electronic device using a two-wire addressing scheme.

### DESCRIPTION OF THE PRIOR ART

[0002]   Addressing electronic devices is a common problem within the field of electronics design. For example, it is common to buffer input/output lines leading from one printed circuit board ("PCB") to an external connector or another PCB, rather than route the data bus or I/O pins of a processor directly to a connector. Often input/output buffers are addressed as part of the memory space of the processor by generating a select line based on a particular value being output by the processor's address bus. For example, assuming a 16-bit processor, when the value 0xFFFE is output, an or gate coupled to the address bus of the processor may generate a high value, activating the select input of a particular buffer, and allowing that buffer to be read or written.

[0003]   Two-wire buses are also well-known in the art. For example, U.S. Pat. No. 4,689,740 ("the '740 patent"), issued on Aug. 25, 1987, discloses a two-wire bus system comprising a clock wire and a data wire, and is hereby incorporated by reference in its entirety. The '740 patent discloses a synchronous data bus using a clock line and a data line; a configuration that is used frequently in various electronic devices.

[0004]   While the prior art provides means to address electronic devices, there still exists a need to address electronic devices in certain circumstances. For instance, certain electronic devices, such as toy race tracks or configurations of multiple lights, could be made very simply and inexpensively using a microprocessor and the electronic devices but for the need to individually address the different electronic devices. One example of a device where addressing makes a substantial difference in simplicity and cost is an electronic Yahrzeit. A Yahrzeit is a panel used in a Jewish synagogue to commemorate the death of a member of the congregation; an individual lamp is lit in a particular location. Using traditional addressing schemes, constructing a typical Yahrzeit panel including hundreds of individually addressable lamps involves complex wiring and switching elements.

### OBJECTS OF THE INVENTION

[0005]   Accordingly, it is an object of the invention to provide an improved two-wire addressing scheme.

[0006]   Another object of the invention is to provide an improved method for setting the address of an electronic device using a two-wire addressing scheme.

[0007]   Other advantages of the disclosed invention will be clear to a person of ordinary skill in the art. It should be understood, however, that a system, method, or apparatus could practice the disclosed invention while not achieving all of the enumerated advantages, and that the protected invention is defined by the claims.

### SUMMARY OF THE INVENTION

[0008]   The disclosed invention achieves its objectives by providing an improved two-wire communications system for transmitting a message from one electronic device to another. Instead of using separate signal lines, the disclosed communications system uses a distributed power line and a distributed common line to transmit messages. In one embodiment of the disclosed invention, the two-wire communications system comprises a direct current power line and a common line with the channel of a power transistor coupled across them. A bus controller controls the power transistor to transmit messages using the power line and common line.

[0009]   In an alternative embodiment of the disclosed invention, a second power transistor is used as well. In this embodiment, the second power transistor couples the direct current power source powering the direct current power line to the direct current power line. Accordingly, in the default state, the direct current power line will output a logical high. When a logical low must be output, the bus controller uses the second power transistor to decouple the direct current power source from the direct current power line. Leakage across the transistor will maintain the direct current power line at the logical high level until the first power transistor is used to couple the direct current power line to the common line, thereby bringing the direct current power line to a potential near ground.

[0010]   In another alternative embodiment of the disclosed invention, a network of addressable lamps is controlled. In this embodiment, the controlled electronic device comprises a light-emitting diode and a regular diode. The anode of the regular diode is coupled to the direct current power line, while the cathode is coupled to the light emitting diode. A capacitor is also coupled to the cathode of the regular diode and to the light emitting diode as well. The capacitor is used to power the light emitting diode when a logical low is transmitted by the direct current power line. A processor monitors the direct current power line and in response to messages received via the direct current power line, activates or deactivates the light emitting diode.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0011]   Although the characteristic features of this invention will be particularly pointed out in the claims, the invention itself, and the manner in which it may be made and used, may be better understood by referring to the following description taken in connection with the accompanying drawings forming a part hereof, wherein like reference numerals refer to like parts throughout the several views and in which:

[0012]   FIG. 1 is a schematic view of an addressable lamp constructed in accordance with an embodiment of the disclosed invention;

[0013]   FIG. 2 is a timing diagram illustrating the data format used to address and communicate with the addressable lamp of FIG. 1;

[0014]   FIG. 3A–C is a schematic view of a control board adapted to communicate with the addressable lamp of FIG. 1 and constructed in accordance with an embodiment of the disclosed invention; and

[0015] FIG. **4** is an illustration of a Yahrzeit constructed in accordance with an embodiment of the invention.

## DETAILED DESCRIPTION OF THE ILLUSTRATED EMBODIMENT

[0016] Turning to the Figures, and to FIG. **1** in particular, a schematic of a lamp incorporating a two-wire bus is depicted. The illustrated two-wire bus utilizes a five-volt (5V) power signal, which doubles as an asynchronous data line, and a common or ground signal. In the particular embodiment of the disclosed two-wire bus depicted in FIG. **1**, a 5V signal is applied via a wire from the tip of a lamp socket to first connection point **101**. The ground or common signal is connected via a wire to a lamp socket screw housing at a second connection point **102**. The 5V signal is passed through a Schottky diode **103** to the power section **104** of microcontroller **106**. This signal is referred to herein as the "power signal." Similarly, the ground signal is connected to the power section **104** of microcontroller **106** as well.

[0017] Capacitor **105**, which could be approximately 2.2 micro-Farads ("uF"), provides a power storage function. Normally capacitor **105** is charged to approximately 4.6 volts, which is 5 volts less the forward voltage drop of Schottky diode **103**. When the voltage at the 5V bus goes to 0 volts during data transmission or reception as described later in this application, Schottky diode **103** becomes reverse biased, and capacitor **103** supplies power to the power section **104** of microcontroller **106**.

[0018] Microcontroller **106** is used to communicate over the disclosed two-wire bus, and also to determine whether or not to light the lamp it is coupled to. There are a variety of microcontrollers available that could serve this function; for example, the PIC12F629 available from Microchip could be used. For purposes of illustration only, the remainder of this application refers to specific elements of a PIC12F629. The power signal is applied to the reset pin of microcontroller **106** through a resistor **107**. A logical high signal applied to the reset pin causes the microcontroller **106** to initialize its internal state and begin executing code.

[0019] Microcontroller **106** monitors the state of the 5V signal for data communications from other devices. The 5V signal is routed through resistor **109** to an interrupt pin of microcontroller **106**. Note that no other signal conditioning is used so as to enable microcontroller **106** to accurately detect data bits sent using the 5V signal.

[0020] While most microcontrollers have the capability of running from precise quartz crystal or ceramic resonators, some microcontrollers also incorporate an internal timing source. For example, the PIC12F629 incorporates an internal RC oscillator with a frequency tolerance of approximately ±5%. However, to properly receive data over the 5V signal, greater precision may be required based on the transmission speed of the data. As described below, in these circumstances, a synchronizing header may be used to overcome an unacceptably imprecise internal oscillator.

[0021] When microcontroller **106** receives a command specifying that the bulb controlled by the microcontroller **106** should turn on, it sets its two pins **111** and **112** to output a logical low, i.e., zero volts, thereby activating light-emitting diode ("LED") **113**. Two pins are used in parallel to provide greater current sinking capacity. LED **113** is normally powered by the 5V signal through Schottky diode **115**. However, during data reception the 5V signal will be driven low, and

LED **113** will then be powered for short intervals by capacitor **116**, which may be approximately 2.2 uF as illustrated.

[0022] When an addressable lamp is constructed, the microcontroller **106** is loaded with firmware. The firmware loaded into the microcontroller **106** will assign the lamp address 0x0000. As discussed later, this address may be changed by an installer with a proper tool

[0023] FIG. **2** illustrates one possible data format that could be used to communicate with the lamp of FIG. **1** in accordance with the disclosed invention. The illustrated data format is asynchronous stat/stop non-return to zero ("NRZ"), and is compatible with RS-232, so as to allow personal computer data ports, various universal asynchronous receiver/ transmitter ("UART") devices, and various serial communication interface ("SCI") devices.

[0024] FIG. **2** illustrates a string of six bytes transmitted over the disclosed two-wire bus. The first byte, denoted by identifier **201**, is a synchronization byte that consists of alternating ones and zeros, i.e., 0x55 in hexadecimal format. The microcontroller **106** may use the bit timing in the synchronization byte **201** to calibrate itself to the incoming data stream, which, as illustrated, is sent at 2400 bits-per-second.

[0025] When the bus is inactive the line is in the idle state **202**, and the 5V signal powers all devices coupled to the bus. A start bit **203** signals the beginning of a data byte. The start bit **203** is followed by a payload **204** consisting of eight data bits, which are followed by a stop bit **205**. For the data bits, the least significant bit is sent first, and the most significant bit is sent last. This format is commonly referred to as 8N1, i.e., eight data bits, no parity, and one stop bit. A start bit is always logic level low, i.e., nearly zero volts (0V). A stop bit is always logic level high, i.e., nearly five volts (5V). After a byte is transmitted, the bus line momentarily transitions to the IDLE level **206**. A start bit signals the transmission of the next byte, which in this case is the first of two address bytes. The most significant bit of each packet aside from the synchronization byte or command byte is always set to logic level high in the disclosed message protocol. As the most significant bit of each packet is always set to logic level high, it is disregarded, and the address encoded within payloads **208** and **210** is actually address 0x0000, and not address 0x8080.

[0026] Following the address bytes one or more command bytes may be sent. The number of bytes within a command may vary, as the first byte or first several bytes may indicate that more bytes are forthcoming. In this case, byte **211** is the only command byte sent, and as shown, the payload **212** is 0x3B hex. This particular command causes an addressed lamp to blink; as address 0x0000 was sent out, all lamps will blink as all lamps respond to address 0x0000. Note that this messaging protocol could be used to send any type of data message.

[0027] Following the command or command bytes a pair of checksum bytes are sent. The first checksum byte **213** is the one byte sum of all preceding bytes, meaning that any overflow over 0xFF is not carried into the result. As with all other bytes, the most significant bit is always set. In this case, the value of the previous bytes is 0x55, 0x80, 0x80, and 0x3B. Their one byte sum is 0x90; as the most significant bit is already set, it is not adjusted. Accordingly, the payload **214** of byte **213** is set to 0x90.

[0028] The second checksum byte **215** is the one byte additive inverse of the first checksum byte; i.e., its value is set 0xFF less the value of the first checksum byte. In this case, the payload **216** of the second checksum byte **215** is set to 0xFF

minus 0x90, or 0x6F. However, as with all other bytes, the most significant byte is set to logic high, so 0x6F becomes 0xEF.

[0029]   After a string of bytes is sent, the 5V line remains idle **217** until it is time to send another string of bytes.

[0030]   Turning to FIG. 3A, a controller board for illuminating lamps according to a preset schedule is depicted. Microcontroller **301** executes a control program that provides overall control of the lamp illumination schedule. There are numerous available microcontrollers that could function for this purpose. As illustrated, a Microchip PIC18F87J10 is used; this device advantageously incorporates FLASH memory allowing it to be reprogrammed in-circuit using appropriate tools. System reset circuit **302** insures that microcontroller **301** is properly initialized. Electrically erasable programmable read-only memory **303** stores system parameters that may need to be changed from time to time.

[0031]   Real-time clock **304** maintains the date and time, and utilizes a battery to provide back-up power. Microcontroller **301** uses real-time clock **304** to maintain the proper illumination schedule for lamps under its control. Universal Serial Bus ("USB") Controller **305** provides two USB interfaces. USB host port connector **306** provides a port into which a USB drive may be inserted containing a data base that links individual bulb numbers with the days and times on which those bulbs should be illuminated. The USB drive may be programmed using a utility operating on a personal computer. USB slave port **307** can be used to connect to a personal computer, allowing for an alternate mechanism to download a bulb illumination schedule into the system.

[0032]   Turning to FIG. 3B, switches **308** can be used by users along with display **309** to check and adjust the day and time, and to manually send commands to bulbs. Display **309** provides a four-digit seven-segment display that can be used by an operator in conjunction with switches **308** to verify and change the current state of the system.

[0033]   Bus control driver **310** contains interface logic for driving the previously described two-wire bus. Transmit signal **311** may be driven by a UART within microcontroller **301**. Transmit signal **311** is normally high, i.e., near five volts, when the communications link is idle. When idle, resistor **312** charges capacitor **313** to near five volts as well. NAND gate **314** outputs a logic low, i.e., near zero volts, when its two inputs are held high in the bus idle state. The output of NAND gate **314** is connected to the gate input of P-channel power MOSFET **315**, and when NAND gate **314** outputs a logic level low, MOSFET **315** is switched on, which couples the five volt signal to the bus at bus terminal **323**.

[0034]   Transmit signal **311** is also coupled to inverter **316**. When the bus is idle, the input to inverter **316** is logic level high, and accordingly, the output of inverter **316** is logic level low. Both of the inputs of NAND gate **319** are also low, thereby causing the output of NAND gate **319** to be high. The output of NAND gate **319** is coupled to the inputs of a second inverter **320**, which accordingly outputs logic level low when the bus is in the idle state. The output of inverter **320** is coupled to the gates of a second MOSFET **321**, which, as depicted here, is a dual unit with its outputs connected in parallel. As the gates of MOSFET **321** are driven low in the bus's idle state, MOSFET **321** is switched off, and accordingly, does not affect the voltage seen at bus terminal **323**.

[0035]   When a logic zero bit is sent on the two-wire bus, transmit signal **311** is driven low for the duration of the zero bit. Once transmit signal **311** is driven low, the output of

NAND gate **314** will change to output logic level high. Power MOSFET **315** is switched off, thereby decoupling the five volt power signal from the data bus.

[0036]   Further, when transmit signal **311** goes low the output of inverter **316** is driven to logic level high. The output of inverter **316** is coupled directly to one input of NAND gate **319** and indirectly to the other input of NAND gate **319** through a resistor **317** and a capacitor **318**, thereby introducing a time delay before both inputs of NAND gate **319** are driven high. This delay is introduced to prevent MOSFET **321** from turning on before MOSFET **315** has turned off. After this delay, the output of NAND gate **319** is driven low, and thereby the output of second inverter **320** is driven high, thereby activating MOSFET **321**. When MOSFET **321** is activated a low-resistance short is effectively placed across both terminals **321**,**323** of the two-wire bus, thereby driving the data signal to a logic level low.

[0037]   When transmit signal **311** again is driven to logic level high, the output of inverter **316** is again driven low, thereby immediately driving the output of NAND gate **319** high. The output of inverter **320** is then driven low, thereby deactivating MOSFET **321** and allowing the bus to return to the five volt level. Further, one input of NAND gate **314** is driven high, but the other input of NAND gate **314** is not driven high until after a slight delay due to resistor **312** and capacitor **313**. This delay is necessary to prevent MOSFET **315** from turning on before MOSFET **321** has turned off. After the delay, the output of NAND gate **314** is driven low, activating transistor **315** and coupling the five volt signal to bus terminal **323**.

[0038]   Power section **324** consists of a connector for receiving regulated 5V power from an external supply. In addition, voltage regulator **325** generates 3.3V power if it should be required. Power bus section **326** illustrates the various power connections on the control board.

[0039]   While the majority of this application has been directed to a novel two-wire communications bus, the remainder will deal with the use of this bus within a lighting control system, and more specifically, within a Yahrzeit. After a circuit board as illustrated in FIG. 1 is constructed, the lamp board is inserted into a lamp base, and the assembly is tested. For example, in the Yahrzeit pictured in FIG. 4, a fixture will be situated under the visible front of the Yahrzeit, and hundreds of lamp boards will be inserted into lamp bases. A control board will interface with all of the different lamp boards using the disclosed two-wire bus. Prior to installing the lamp board, a new address will be programmed into the lamp board so that it is individually addressable. As explained earlier, the address may be set using a personal computer with an RS232 port and an appropriate cable, or with a specially constructed tool if desired. The new address will be stored in the nonvolatile memory within the microcontroller on the lamp board indefinitely. Further, if an installer should become confused as to the address of a particular lamp board, he may send the lamp board an "IDENTIFY" command, which will cause the lamp board to blink out its address in decimal format, one digit at a time. For example, if the lamp boards address is seventy seven, it may blink seven times at a rate of 2 Hz, followed by a 2 second pause, and then blink seven times more, again at a rate of 2 Hz.

[0040]   While this document has covered specific examples of how the disclosed invention could be used within specific applications, such as lighting control, persons skilled in the art will appreciate that the disclosed invention could be used

4

in many applications using direct current powered devices and a digital communications bus. For example, the disclosed communications system could used to implement a model train control system, whereby an image of a model train set was developed using a computer system, and a USB connection was then used to control all track switching and other control functions. In addition, the disclosed communications system could be used to control numerous functions within automobiles presently using direct current powered elements and digital control systems.

[0041]  The foregoing description of the invention has been presented for purposes of illustration and description, and is not intended to be exhaustive or to limit the invention to the precise form disclosed. The description was selected to best explain the principles of the invention and practical application of these principles to enable others skilled in the art to best utilize the invention in various embodiments and various modifications as are suited to the particular use contemplated. It is intended that the scope of the invention not be limited by the specification, but be defined by the claims set forth below.

What is claimed is:

**1**. A two-wire communications system for transmitting a message to an electronic device and for supplying power to said electronic device, said two-wire communications system comprising:

i) a direct current power line;

ii) a common line;

iii) a power transistor coupled to said direct current power line and to said common line;

iv) a bus controller coupled to said power transistor, said bus controller further adapted to control said power transistor to transmit a message to said electronic device.

**2**. The two-wire communications system of claim **1** further comprising:

i) a direct current power source; and

ii) a second power transistor coupled to said direct current power line and to said direct current power source,

wherein said bus controller is adapted to transmit a message to said electronic device by controlling said power transistor and said second power transistor.

**3**. The two-wire communications system of claim **1** wherein said electronic device is an addressable lamp comprising:

i) a light-emitting diode;

ii) a diode comprised of an anode and a cathode, the anode being coupled to said direct current power line;

iii) a capacitor coupled to the cathode of said diode and to said light emitting diode, said capacitor storing energy from said direct current power line and supplying energy to said light-emitting diode; and

iv) a processor coupled to said light-emitting diode, said direct current power line and to said common line, said processor receiving said message and activating said light-emitting diode based on said message.

**4**. The two-wire communications system of claim **3** incorporated into a Yahrzeit.

\*   \*   \*   \*   \*

**EXHIBIT 5**

US008390204B1

(12) **United States Patent**      (10) **Patent No.:**     **US 8,390,204 B1**
     Zagha                          (45) **Date of Patent:**      **Mar. 5, 2013**

(54) **AUTOMATED MEMORIAL SYSTEM**

(76) Inventor:  **Maurice Zagha**, Manalapan, NJ (US)

( * ) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 436 days.

(21) Appl. No.: **12/702,279**

(22) Filed:  **Feb. 8, 2010**

**Related U.S. Application Data**

(60) Provisional application No. 61/151,146, filed on Feb. 9, 2009.

(51) **Int. Cl.**
     *H05B 37/02*          (2006.01)
(52) **U.S. Cl.** ....................................... **315/153**; 315/133
(58) **Field of Classification Search** .................. 315/149, 315/152, 153, 129, 130, 133
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,013,972 A      5/1991  Malkieli et al.
7,835,935 B2 *  11/2010  Danninger .................. 705/7.19

2004/0225969 A1 *  11/2004  Droegemueller et al.  .... 715/804
2005/0256725 A1 *  11/2005  Harris ............................... 705/1
2009/0254831 A1    10/2009  Dolny et al.
2010/0026086 A1     2/2010  Siegel et al.
2011/0010660 A1 *   1/2011  Thorson et al. ............... 715/790
2012/0054190 A1 *   3/2012  Peters ........................... 707/741
2012/0224459 A1     9/2012  Rosenshen et al.

* cited by examiner

*Primary Examiner* — Don Le

(74) *Attorney, Agent, or Firm* — Volpe and Koenig, P.C.

(57)            **ABSTRACT**

A memorial display system is described including at least one memorial device having a plurality light fixtures with each light fixture having at least one light source. Each of the light sources are in electrical communication with a controller circuit that automatically activates and deactivates the at least one light source of each light fixture according to at least one anniversary date and for a duration period stored in the memory. In one embodiment, each light source is part of a light bar with up to 5 lights. The light bars are commonly strung together to create various runs of lighting opportunities allowing for different overall sizes of the automated memorial system.

**28 Claims, 13 Drawing Sheets**





Fig. 1A



Fig. 1B



*Figure 2*



*Figure 3*



Figure 4A



Figure 4B



Figure 4C

Figure 4D



*Figure 5*



Figure 6



**Figure 7**

Send/receive Memorial Data

Memorial Serial Port    COM1  ▼    *148*

*152*

┌─ Download All Yahrzeit Data From PC To Memorial ──────────┐
│   [ Download ]          [                              ]   │
└───────────────────────────────────────────────────────────┘
*150*

┌─ Upload All Yahrzeit Data From Memorial To PC ────────────┐
│   [ Upload ]            [                              ]   │
└───────────────────────────────────────────────────────────┘

┌─ Memorial Date And Time Utilities ────────────────────────┐
│                                                            │
│   [ Set Date/Time ]    12/1/2009  ▲▼  10:01:47AM ▲▼        │
│                        [x] Use PC Date/Time                │
│                                                            │
│   [ Get Date/Time ]                                        │
└───────────────────────────────────────────────────────────┘

┌─ Memorial Test Utilities ─ *142* ──────── *144* ──────────┐
│   [ Lamp Test ]        [████████████              ]        │
│   [ Date Test ]              ◄───────────►                 │
│   [ Firmware Version ]          *146*                      │
└───────────────────────────────────────────────────────────┘

                                        [    OK    ]

## Figure 8



*Figure 9*



Figure 10

US 8,390,204 B1

**1**

# AUTOMATED MEMORIAL SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATION(S)

This application claims the benefit of co-pending U.S. provisional application Ser. No. 61/151,146 filed on Feb. 9, 2009, which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to anniversary reminder systems, and, more particularly, to a centralized system for automatically tracking multiple anniversaries.

2. Description of the Related Art

Throughout the world and in connection with many secular as well as religious traditions, a lighted candle is often associated with an anniversary or a time of remembrance, reflection or prayer. Often, the passing of an anniversary or time of remembrance results in the lighting of a candle. In some Christian faiths, votive candles may be lit to represent a time of remembrance or prayer. In Judaism, the anniversary of the death of a parent or close relative, commonly observed by burning a candle for an appropriate period of remembrance, is known as 'Yahrzeit'.

With the advent of modern building codes and safety considerations, the lit candles have been replaced by lighting devices using safer forms of illumination such as electric light bulbs instead of candles. In some cases these lighting devices are manufactured to emulate the look and feel of the candle arrangements that are being replaced. In other instances, the lighting devices have allowed for designs that permit greater utility while providing space saving and display improvements to enhance the decorative elements. For example, electronic memorial boards have been in use for some time by congregations practicing yahrzeit to provide a central location for remembering those deceased individuals from the community in which a plaque or nameplate conveying information about each individual is affixed to the memorial board and associated with at least one light bulb that is lit during the appropriate time period of remembrance. The conventional electronic memorial boards are wired to provide electricity to a plurality of conventional electric light bulb sockets, such as, Edison threaded screw-in sockets wherein each socket may receive a like threaded light bulb that is screwed into the socket until electrical contact is made. Often these conventional systems operate to activate or deactivate a light bulb by unscrewing the bulb within the socket sufficiently so as to create an open circuit while maintaining the light bulb within the socket. Such an activation system requires that at appropriate times when a remembrance period begins or ends, such as at sun down, an operator must manually screw or unscrew light bulbs on the memorial board to honor the appropriate beginning or ending of the remembrance period of the individuals listed on the memorial board. Furthermore, for certain holidays it may be required that some or all of the lights be illuminated for a certain time period that is different from the anniversary date remembered.

It will be appreciated that in large congregations, large numbers of individuals can be displayed on one or more such memorial boards, and the task of managing the appropriate illumination of light bulbs for the individuals can be time consuming and error prone where such errors can result in the failure to illuminate the appropriate individual at the appropriate time. Compounding the problem with maintaining the appropriate illumination of lights is the life cycle of the tra-

**2**

ditional incandescent bulbs used in a conventional memorial board that can result in a loss of illumination when the end of the life cycle is reached. Unless, a bulb fails to illuminate at the time it is manually activated, there is no easy way to detect when a bulb that should be lit has reached the end of its life cycle without periodically manually checking each bulb in the one or more memorial boards. As the light bulbs are each subject to individual and manual activation, there is no easy way to quickly check whether an individual bulb has gone out and requires replacement.

Thus, the need exists for a way to improve the methods for lighting individual memorial lights and to improve the diagnostic methods to ensure individual operation of each of the lights.

## SUMMARY OF THE INVENTION

A memorial display system including at least one memorial device having a plurality light fixtures with each light fixture having at least one light source. Each of the light sources are in electrical communication with a controller circuit that automatically activates and deactivates the at least one light source of each light fixture. The controller circuit includes memory having at least one anniversary date that corresponds to at least one light fixture and an anniversary duration indicating the time period that the anniversary is observed. The controller circuit is operative to illuminate the light fixture corresponding to the anniversary date and for the duration period stored in the memory. The at least one memorial device includes at least one plaque having indicia printed near the at least one light fixture wherein the indicia provides anniversary information. The controller circuit further includes a display engine for illuminating the at least one light fixture. Furthermore, the display engine upon power initiates a diagnostic sequence that illuminates all light fixtures.

Additionally the memorial display system includes a remote interface device that includes engines to provide user data to the controller circuit including anniversary date information. A communications link connects the remote interface device to the memorial device controller circuit.

Also, the controller also illuminates the light fixture with an associated name during the 4 holidays on the Jewish calendar where Yahrzeit is additionally observed.

In another aspect of the present invention, the remote interface device includes diagnostic tools for testing the memorial device including testing of at least one light source and the implementation of anniversary dates to activate the at least one light source at appropriate times.

Furthermore, in one embodiment, each light source is part of a light bar with up to 5 lights. The light bars are commonly strung together to create various runs of lighting opportunities allowing for different overall sizes of the automated memorial system.

## BRIEF DESCRIPTION OF THE DRAWINGS

Other aspects, advantages and novel features of the invention will become more apparent from the following detailed description of the invention when considered in conjunction with the accompanying drawings wherein:

FIG. 1A is a diagrammatic view of a memorial device according to the present invention;

FIG. 1B is an alternate diagrammatic view of a memorial device according to the present invention;

FIG. 2 is a diagrammatic view of a display circuit of the memorial device of FIG. 1;

3

FIG. **3** is a functional block diagram of a memorial system according to the present invention;

FIG. **4**A is a display of a user interface of a remote interface device for configuring a memorial device according to the present invention;

FIG. **4**B is a display of a user interface of a remote interface device for configuring a memorial device according to the present invention;

FIG. **4**C is a display of a user interface of a "lamps are lit" menu of FIG. **4**B;

FIG. **4**D is a display of a user interface of a "lamps are lit" menu of FIG. **4**B;

FIG. **5** is an exploded view taken along line **5-5** of FIG. **4** of an exemplary data entry according to the present invention;

FIG. **6** is the display of the user interface for FIG. **4**B showing the "File" pull-down menu;

FIG. **7** is a display of a user interface of a remote interface device for communicating with a memorial device according to the present invention;

FIG. **8** is the display of the user interface of FIG. **7** showing a lamp test operation in progress according to the present invention; and

FIG. **9** is a display of a user interface of a remote interface device for date sequence testing of a memorial device according to the present invention.

FIG. **10** is a diagrammatic view of a display circuit including configurable light bars of the memorial device of FIGS. **1**A&B

DETAILED DESCRIPTION

With reference to the drawings for purposes of illustration, a memorial device **20** (FIG. **1**A) having a housing **21** includes a plurality of nameplates **22** and associated light fixtures **24** configured conventionally in rows and columns on a front surface of the housing. Advantageously, each light fixture includes at least one low voltage light source such as a light emitting diode (LED).

Similarly, a memorial device **20** (FIG. **1**B) having a housing **21** includes a plurality of nameplates **22** and associated light fixtures **24** configured conventionally in rows and columns on a front surface of the housing. Additionally, one extra column of light fixtures **24'** is provided to permit illumination either or both sides of any nameplate. As in FIG. **1**A, advantageously, each light fixture includes at least one low voltage light source such as a light emitting diode (LED).

While shown and described in a conventional ornamentation, the memorial device **20** according to the present invention should not be limited to these configurations. Other configurations may include arrangements of the light fixtures and nameplates in any configuration rather than equal rows and columns without departing from the present invention, such as, but not limited to, arrangements allowing for placement of light fixtures and nameplates in geometric shapes and other ornamental configurations that enhance the viewing of a memorial device. Furthermore, the memorial device may be formed into a wall decoration or stand-alone sculpture such that the wall of a building or a sculpture can be considered the housing of the memorial device without departing from the present invention.

The nameplates, while preferably presented in a material in keeping with the ornamental design, are formed from materials including metal, wood, glass and plastic, such as, but not limited to, brass, bronze, stainless steel, aluminum or silver, wood, acrylic and glass which and includes engraved, laminated or screened indicia or may include etched indicia on clear or opaque plastic or glass. In many instances, the name-

4

plates are removably affixed near an associated light fixture and may be affixed by any conventional means, such as, but not limited to, screws, adhesive, hook and loop material, magnetic mounts and other mechanical means for affixing a nameplate to a surface. In an alternate embodiment, the indicia rather than the nameplate may be interchangeable such as including the indicia on a removable film affixed to the nameplate or incorporating a nameplate with an electronic display, such as, but not limited to a liquid crystal display (LCD) or LED.

The light fixtures as well may be configured according to any desired ornamental design. While preferably including at least one low voltage light source, the light fixture may display the light source exposed or through an optional light transmissive cover that may be clear or shaded cover as desired by the overall design. Furthermore, multiple light sources may be included in the light fixture to provide variations in light intensity or where each light source produces a different light color to indicate different information. Furthermore, two light sources when pulsed on and off may be used cooperatively to provide a changing light intensity pattern emulating a light flickering candle. It will be appreciated by those skilled in the art, that these variations in the memorial device may be implemented in any combination or configuration without departing from the present invention. However, in general, a sufficient visual association should be maintained between the light fixture and associated nameplate to discern the pairing of each light fixture to a nameplate.

With reference to FIG. **2**, a general circuit design for a memorial device **20** includes a controller circuit **26** connected in circuit via a wire bundle **28** to a display circuit **30** having a plurality of individually addressable LED circuits **32-37**, wherein each LED corresponds to a light source. Each LED circuit includes an LED having an anode connected to the bus for receiving power from the controller circuit and a cathode that connects to a common ground through a resistor to provide balanced load potential. The controller circuit **26** is connectable to a remote interface device **40** used to configure and test the operation of the controller circuit via a communication link **42**.

With reference to FIG. **3**, the remote interface device **50** can sequentially connect to and manage a plurality of memorial devices **52**, **54** and **56**.

Each memorial device **54** includes in the controller circuit **58** a non-volatile memory **60** for storing user configuration data **62** and calendar and holiday data **64** and following an initial user set up to upload the user data, the controller circuit **58** is able to operate the display engine **66** automatically and without further user interaction. In the presently preferred embodiment, an interface controller **68** connects with an I/O control engine **69** of the remote interface device **50** via the communications link **70**. The interface controller **68** receives and transmits data between the remote interface device **50** and the non-volatile memory **60** to up load user data **62** and trigger diagnostic tests of the display circuit and a clock engine **72**. In the presently preferred embodiment, the interface controller communicates with the remote interface device via a two lead serial communications link of the type such as an RS-232 serial link. The clock engine **72** maintains uses internal clock to maintain accurate time and date information using the calendar and holiday data **64** stored in the non-volatile memory **60**. The clock engine **72** is capable of maintaining the time and date using the widely accepted Gregorian calendar system along with dates appropriate for a geographic location appropriate for switching between daylight savings time and standard time. Furthermore, the clock engine **72** is capable of maintaining a date and time in another format appropriate for

5

tracking anniversaries recorded under at least one other world calendar systems. Alternate calendar systems of the type suitable for this purpose, include, but are not limited to, the Greek Orthodox calendar, the Hebrew Calendar, the Persian calendar and the Chinese calendar. In a presently preferred embodiment the at least one other world calendar system used is the Hebrew calendar, although multiple world calendar systems may be used.

The user data includes a table with a data record for each light fixture **24** (FIG. **1**) controlled in the display. Where each light fixture **24** has one or more light sources **32-37** (FIG. **2**) contained therein. The user data **62** (FIG. **3**) includes a name field and a date field that is associated with each light fixture **24** (FIG. **1**). This information associates the light fixture with an individual and memorial date. Furthermore, the user data may include global information such as, but not limited to, the number of light sources to be activated for each light fixture, the number of light fixtures to be activated, the light source brightness and the light source duration.

In a presently preferred embodiment utilizing the Hebrew Calendar and Holidays, each light fixture is associated with the passing of an individual and includes the name and date of death. The light source brightness level varies in a range from 1 to 8 brightness levels and may varied according to whether the memorial device is located in a low light area or bright light area. The light source duration is presently configured to operate in six universal modes of duration, namely,

1) On Yahrzeit day Only: Light the Yahrzeit day only ending at the end of the yahrzeit observance

2) Starting 7 days before Yahrzeit: Light 7 days before the yahrzeit ending at the end of the yahrzeit observance

3) Starting Shabbat before Yahrzeit: Light the Shabbat before the yahrzeit ending at the end of the yahrzeit observance

4) Friday at sundown to Friday at sundown: Light Friday at sundown to Friday at sundown—for the current week Yahrzeits (Full week)

5) Friday at sundown to end of Shabbat: Light Friday at sundown to Saturday at end of Shabbat—for the previous week Yahrzeits

The following 6th option is only available when choosing "Use Gregorian Date"

6) Sunday at 12:00 AM through Saturday at 11:59 PM: Light Sunday at 12:00 AM through Saturday at 11:59 PM (full week)

In accordance with the preferred embodiment, the Hebrew calendar days advance at sunset the previous day. The user data includes time field that may be set to a preferred time for sundown to allow for the advancement of a new day. Furthermore, it will be appreciated by those skilled in the art, that the time of lighting may be adjusted to accommodate different preferences at which time candles may be typically lit on Saturday night.

With reference to FIG. **3**, a scheduling engine **74** accesses the user data **62** and calendar and holiday data **64** within the non-volatile memory **60** and in cooperation with time and date information from the clock engine **72**, signals a display engine **76** that activates the light sources. Presently the scheduling engine **74** is configured to provide activation of all light sources in response to predetermined holidays provided by the calendar and holiday data **64** and activation of individual light sources using the user data **62**. The scheduling engine **74** is presently configured to advance to a new day according to the Hebrew calendar and relies upon conversion of the time and date to the Hebrew calendar information. Thus, each new day advances at a time set for sundown from the user data.

In an initial power on cycle, when power is applied to the system the display engine **76**, the display engine "resets" and

6

all light sources will be illuminated for a few seconds and then turned OFF one column at a time, starting at column 1 (left side). The display engine **76** upon receiving a signal from the scheduling engine activates the light fixtures according to the scheduling engine instructions. Furthermore, the display engine lights each light source according to the user data such as whether one or two sources are used and according to the desired brightness level. It will be appreciated by those skilled in the art that a number of circuit configurations may be used by the display engine to accomplish selected illumination of the light sources. In the preferred embodiment where the light sources are LEDs, brightness may be controlled using conventional techniques such as an op-amp voltage controlled power source to provide power to each LED or a pulse width modulation (PWM) of the voltage where brightness is adjusted according to the frequency of the "on time" of the voltage. Those skilled in the art will appreciate that other techniques may be implemented for other light sources without departing from the present invention. Different LED's with higher lumen factors may be exchanged for the present one—based on price and advances in technology. In addition, the current amber light may be changed to another color such as white.

In a presently preferred embodiment, the display engine is configured for managing up to 300 light fixtures arranged in 10 columns by 30 rows, wherein each light fixture has only one light source. However, those skilled in the art will appreciate that other configurations can be used without departing from the present invention.

For example, in an alternate embodiment, where each light fixture includes two light sources, the light sources may be varied to switch on and off over time so as to provide a light changing appearance similar to the flicker of a candle. A technique of the type suitable for this purpose is disclosed in U.S. Pat. No. 5,013,972, which is incorporated herein by reference.

Furthermore, the controller circuit includes a power controller circuit **80** that provides power to the memorial device and includes an appropriate power configuration for the controller circuit which 5 v DC power supply as well as power for the display that may be varied according to the type of light source used. In the presently preferred embodiment a power supply having an output of X volts and Y amps is presently preferred. A battery backup controller **82** is included which in the present embodiment is a battery located on the circuit to maintain the time and non-volatile memory during a temporary power outage. However, other configurations may include an Uninterruptible Power Supply (UPS) with a sufficiently sized battery to provide power to the controller circuit as well as the light sources. It will be appreciated by those skilled in the art than when a loss of power is detected and the memorial device is switched over to the battery back up that the display engine upon being notified by the battery backup controller is supplying power will enter a low power mode wherein in one embodiment the brightness level is minimized to the lowest level and the light fixtures are switch to single light source mode to preserve power. In another embodiment, the lights are completely turned off and the battery merely preserves the clock time and non-volatile memory.

With continued reference to FIG. **3**, the controller circuit is configured by a remote interface device. In the preferred embodiment, the remote interface device is a computing device that connects to the controller circuit **58** of the memorial device by a two lead serial interface. Computing devices of the type suitable for this purpose may include, but are not limited to, a laptop computer, a desktop computer, a portable data assistant (PDA), and a software enhanced smart phone. A

US 8,390,204 B1

7

cable is supplied having appropriate plugs for connecting between the serial ports of the two devices. Presently, most computing devices include a universal serial bus (USB) plug and the connection of the communication link would include at least one USB plug for connecting to the lead to the computing device. It should be noted that other conventional communications links could be utilized without departing from the invention. The interface controller may include hard wired or wireless network controller for communication over a network using conventional network protocols of the type such as TCP/IP or Bluetooth. Thus providing remote or wireless access to the memorial device.

While the memorial device is a completely self-contained unit, which does not require any continuous or regular connection to, or communication with, another device, the remote interface device 50 provides graphical user interface engines for entering user data including an initial "set-up" engine 84 of the memorial device general configuration parameters into user data memory 85 and the entry engine 86 of data associated with each memorial plaque installed on the memorial device also into user data memory 85. Furthermore GUI test engines 87 include a lamp test engine 88 to test the lamps and date test engine 89 to test the user data on particular dates that will each be described in greater detail below with reference the graphical user interface. The term "engine" as used herein refers to software implemented on a computing device. In a preferred embodiment, the engines are performed using software that runs on any laptop/portable notebook computer using Microsoft Windows operating system or a suitable equivalent. The portable computer under the control of software creates a graphical user interface (GUI) to simplify entry of data used by the memorial device. Furthermore, to accommodate integration with other existing data files, data may be imported using a conventional file format such as, but not limited to, a CSV (comma-separated values) file.

When the memorial device has been installed and one or more memorial plaques have been mounted on the board it is time to enter the user data including "set-up" information and individual light fixture data into the controller circuit. This will be done using the GUI engines 84 and 86 created from the hardware and software of the computing device.

The initial setup screen 90 (FIG. 4A) allows for the entry of information into the memorial device in a two-step process. The set-up 92 and anniversary 94 information is first entered into the GUI, the computing device is then connected via the communications link to the memorial device, and then the information is downloaded to the memorial device.

The upper part 94 of this window 90 is a graphical representation of a segment of a memorial device. It will be used for entering individual information associated with a light fixture. The lower part 92 is used to "set-up" the general features of the memorial device. Note that the default size is a 5 column X 5 row memorial device and that the 25 plaque locations are shown in white. Rows 96 and columns 98 are numbered from bottom to top and left to right, respectively.

The user is first instructed to define the memorial device configuration that is to be programmed. In the presently preferred embodiment, this is done in the Memorial Settings box where the user "Selects" the number of rows 96 and columns 98 in the new memorial board from pull down menus configured for 10 columns and 30 rows and left click the "Apply" button 100. Active cells appear as white boxes 102 and inactive cells appear as shaded boxes 104. Note that the number of white boxes has changed to reflect the number of columns selected. To see all the white boxes 102 the user will use

8

conventional windows scroll bars 106 and 108 to move the viewing area within the window using the scroll bars at the bottom and right side of grid.

In an alternate embodiment, the size settings could include a shape setting as well to allow for designs that are fill other geometric or fanciful shapes. A pull down menu (not shown) having a shape feature would be included where the maximum row and column numbers would conform to the shape such that not all row and columns would have equal numbers of cells. Selecting a shape would shade the cells accordingly.

In yet another embodiment, selection of active cells could be defined by conventional windows mouse selection techniques where a series of cells are highlighted by drawing a box by moving the mouse while holding the left mouse button to define a square. Individual cells could be toggled active or inactive according conventional right mouse button clicking techniques. In such instances the "apply" button would operate as a toggled edit button. For example, pressed once to show the button in a size "on" state, the user would be able to edit the active cells as described above. When pressed again to show the button in a size "off" state, the user could no longer activate or deactivate cells by clicking on the cells.

In a preferred embodiment where the Hebrew calendar is used along with the Gregorian calendar, a "Sundown Time" cell 110 is provide to set the relative local time when the Jewish calendar day advances. The default setting is 4:00 PM, but this time can be changed as appropriate using the "up" and "down" buttons associated with the time display.

The remaining general setting buttons and selections allow the user to choose from several options pertaining to the light source configuration associated with each plaque. A "lamps in use" setting 112 allows the user to select whether one 114 or two 116 light fixtures shall be used. This selection conforms with the memorial device of FIG. 1B. When a two-lamp configuration is used, the user can select different lighting effects from a pull down menu 118. The menu options include "Light Both", "Light Left" and "Light Right". Presently "Light Both" is the default selection as indicated in above screen view. A lamp brightness setting 120 allows the user to set the brightness according the ambient light requirements of the room. The default "Lamp Brightness" is "1" minimum, and is made in the display box to the right by a "left click" and selecting "1." However, if the memorial board is used in a brightly lit area or is positioned to receive direct sunlight a brighter setting maybe used. In the preferred embodiment, the user is able to select 122 when the lamps will be illuminated. The options are:

Starting 7 days before Yahrzeit:

Light 7 days before the yahrzeit ending at the end of the yahrzeit observance

Starting Shabbat before Yahrzeit:

Light the Shabbat before the yahrzeit ending at the end of the yahrzeit observance

On Yahrzeit day Only:

Light the Yahrzeit day only ending at the end of the yahrzeit observance

Although these lamp settings have been provided to the Yahrzeit memorial, other light durational periods may be used when a different world calendar is used.

Having made all "Memorial Settings" choices, "right click" on the "Hide Memorial Settings" button 123. This will result in an expanded (but still limited) graphical view of the memorial device cells 94. Once the "set-up" task is completed, the user is ready to enter the user data for individual cells corresponding to individual light sources.

In an alternate preferred embodiment where like reference numerals refer to like structures, a separate menu option 109

**9**

(FIG. **4**B) is included for selecting either the Hebrew calendar or the Gregorian calendar. The selection of the type of calendar alters the selection of the lamp lighting schedule.

Once the calendar has been selected, the user is able to select **122** when the lamps will be illuminated. The options are:

Starting 7 days before Yahrzeit:

Light 7 days before the yahrzeit ending at the end of the yahrzeit observance

Starting Shabbat before Yahrzeit:

Light the Shabbat before the yahrzeit ending at the end of the yahrzeit observance

On Yahrzeit day Only:

Light the Yahrzeit day only ending at the end of the yahrzeit observance

Friday at sundown to Friday at sundown:

Light Friday at sundown to Friday at sundown

for the current week Yahrzeits (Full week)

Friday at sundown to end of Shabbat:

Light Friday at sundown to Saturday at end of Shabbat—for the previous week Yahrzeits

The following option is only available when choosing the "Use Gregorian calendar" option. A menu listing **122** for the Hebrew calendar is shown in FIG. **4**C and a menu listing **122** for the Gregorian calendar is shown in FIG. **4**D. It should further be noted that in the preferred configuration, choosing the Gregorian calendar, the lights will turn on for the yahrzeit. The Yizkor holidays continue to be triggered when using the Hebrew calendar.

Sunday at 12:00 AM through Saturday at 11:59 PM: Light Sunday at 12:00 AM through Saturday at 11:59 PM (full week)

As stated above, although these lamp settings have been provided to the Yahrzeit memorial, other light durational periods may be used when a different world calendar is used.

With reference to FIGS. **4**A and **5**, individual cell data **124** is entered using the graphical user interface. All anniversary dates are entered on the graphical view of the memorial board. The user first moves the cursor (an arrow) into the rectangle **124** corresponding to the column and row of a desired cell and represents a plaque whose information is to be entered and then "Selects" this location by a (left) double-click and the user will notice that the rectangle is reconfigured into three parts **126**, **128** and **130** for editing (FIG. **5**). The top third **126** of the rectangle appears blank, with a vertical text cursor blinking. This portion **126** of the cell **124** is used to enter in the information shown on the plaque. In a memorial device where the plaque information is engraved or not using an LCD display, the exact information to be displayed is not necessary and initials or other corresponding information may be entered for the sole benefit of the user. The center area **128** allows for entry of the anniversary date and the default date shows the current date stored in the computing devices internal clock. The user adjusts this date to the anniversary date corresponding to the plaque memorial in a conventional time setting manner by first selecting (left click on mouse) the month and using the "up" or "down" buttons to enter the correct number and repeating this to enter the day and year. The bottom third **130** of the rectangle will always show the converted world calendar date corresponding to the entered date in portion **128**. For purposes of illustration, the Hebrew calendar date is shown. As a check, the user should check that the Hebrew calendar date corresponds to the correct anniversary date.

In the presently preferred embodiment where the world calendar is Hebrew, the user should keep in mind given that the Hebrew dates in the system advance at 4 PM and the

**10**

Gregorian dates advance at midnight, it may be necessary to advance the Gregorian date by one day in order to bring the Hebrew date into agreement with the anniversary date if the anniversary time occurred after 4 pm.

The procedure just described should be repeated for all the cells representing plaques with active anniversary dates installed on the memorial board. Once all the anniversary information and configuration settings have been entered, the user can save the configuration information. This is done by moving the arrow cursor to the "File" heading **132**, in the upper left corner of the display, left click once and select (click on) the "SaveAs . . ." option **134** (FIG. **6**). The "save as" function cooperates with the windows operating system to pull up a window that allows the user to give the save information a file name and direct the program to a preferred directory selected by the user for saving the information. Preferably, all configuration files are saved with the extension ".mem" which is associated with the configuration software. Thus when a user wishes to access an existing file and selects the open option **136** from the "File" pull down menu, a window showing files in a selected directory may be limited to those files with the ".mem" extension being shown to facilitate quick access to the files.

Regardless of the user interface used, once the user data and configuration settings have been entered and saved, the user is ready to activate the communications link to the memorial device (FIG. **3**). In the presently preferred embodiment, the communications link is provide by a serial cable. This cable will have a USB connector and USB to Serial Converter or an RS232 Serial connector on one end and a small stereo jack on the other end to connect the computing device to the memorial device.

Before connecting the computing device to the memorial device toggle the power to the memorial device Off and On. As this action trigger a self diagnostic test after such that after power is turned ON all the light fixtures on the memorial device will go ON and then, sequentially, they will go OFF one column at a time starting from left to right. This provides the user with a simple feedback on the operational status of the light sources. With the computing device actively running the software, the communications link is connected to the memorial device. The user then opens the saved configuration file corresponding to the present memorial device. The default screen shown in FIG. **4**A or **4**B will appear on the computing device.

On the screen upper left corner, the user clicks the "Tools" **138** pull down menu and then clicks on a "Send/Receive Memorial Data . . . " item that appears (not shown). A communications window **140**, FIG. **7**, will now appear on top of the prior window. In order to confirm the communications is active, the user can select the "lamp test" **142** that will indicate that the remote interface device and memorial device are communicating with each other. If a bar **144** "grows" and "shrinks" from left to right as shown by arrow **146** (FIG. **8**) adjacent to the button, and all light fixtures **24** (FIG. **1**) go "ON" for about ten seconds and then "OFF" sequentially from left to right then the communication is working fine. If there is a possibility that the communications link is not working, an error message will appear. The user can recheck the communications link cable. Furthermore, a pull down menu **148** allows the user to select the serial port associated with the cable. Depending upon which port the user selects or the configuration setting of the computing device, the user may need to change the communications port.

To ensure that any communications problem has been resolved, the user can repeat the Lamp Test **142** (FIG. **7**) until it runs properly. For other configurations using network or

11

Bluetooth settings alternate conventional techniques to establish a communications link can be used. Such as checking a network router to ensure the memorial device is recognized and has an address on the network or synchronizing the devices according to conventional Bluetooth procedures.

Once the communications link has been established, the user can exchange information between the remote interface device and the memorial device.

1. Download All Yahrzeit Data from PC to Memorial

A mouse click on the Download button **150** transfers data from the remote interface device to the interface controller of the memorial device. The anniversary data for each cell and memorial device settings that were previously entered will now be downloaded to the memory as the user data. A progress bar **152** will slowly change, to the right of the button, indicating that data transfer is occurring. After the data download is completed, any light fixtures that are illuminated will be associated with plaques indicating anniversary dates that are in progress in accordance with the anniversary date duration selected.

When additional anniversary plaques are added to the memorial device it will be necessary to update the data stored in the memory with the new information corresponding to the physical location of the plaque, the name of the deceased and the anniversary date.

2. Upload All Anniversary Data from Memorial to PC

As a back up to the saved memorial device file on the computing device operating as the remote interface device, the memorial device information can be retrieved from the memorial device itself. A mouse click on the Upload button **154** will begin this operation. This function may be used any time that the users wish to check the user data including the memorial settings that are currently stored in the memory. A progress bar **156** will slowly "grow" to the right of the button to indicate that data transfer is occurring.

3. Set the Date and Time Used by the Clock Engine

This function is done automatically each time a communications link is established when the little "Use PC Date/Time" box **158** is "checked." This is the default case and assumes that that the computing device time is set to the correct date and time.

The user can always select the internal clock/calendar time and date manually by unchecking the box **158** and the user will note that the check mark disappears and date and time boxes **160** and **162** are "active." The current date is entered by selecting (with the mouse) the month, day and year and either keying in the correct values or by advancing the indicated value up or down by using the UP or Down buttons to the right of the date. Similarly, the time of day is entered. Immediately after this is done, click on the "Set Date/Time" button **164**.

The user may check the date and time used by the memorial device by selecting "Get Date/Time" will display this information from the internal calendar/clock's.

4. The "Memorial Test Utilities"

The user is provided with diagnostic tools that allow for the user to quickly detect light source or configuration issues.

(1) The user can quickly and easily check operation of the light sources on the device by checking the "Lamp Test" **142**. As described above this test is also useful for checking whether a proper communications link has been established.

(2) Another useful utility for testing the scheduling engine **74** (FIG. **3**) using the user data and calendar and holiday data is the "Date Test" **166**. When its button **166** is "clicked" a "Memorial Date Sequencing Test" window **170**, FIG. **9**, will open.

The current time of day **172** and the date **174** shown are obtained from the clock engine of the memorial device. By

12

using the mouse, the user can adjust the Hour and Day buttons **176** and **178** and the hour and day of the clock engine will be advanced or turned-back to correspond to the new time selected. The user can incrementally and sequentially pass through certain dates and hours to ensure proper configuration of the memorial device. Similarly, specific dates and times can be selected in the same manner described for manually setting the Date and Time above; however, changes to the time and date in this window are not permanently stored in the memory of the memorial device.

Using this utility, the user can check for proper operation of the light fixtures associated with any specific plaque, or on all programmed plaques on the holiday dates. When finished, the user can exit the test using an "Exit Test" button **180**. In the Hebrew calendar as well as in the Gregorian calendar, the holiday dates in which all light sources are active include the four Yizkor dates. These dates are: 22 Nisan (8th day of Passover), 7 Sivan (2nd day of Shavuot), 10 Tishrei (Yom Kippur), and 22 Tishrei (Shemini-Atzeret).

Following diagnostic testing, the remote interface device may be disconnected from the memorial device by disconnecting the communications link and turning of the software program. The memorial device will then continue to operate according to the selected parameters.

With reference to FIG. **3**, the remote interface device **50** may be connected and used to manage at least one, but also multiple memorial devices **52**, **54** and **56**, where the remote interface device is in active communication with only one memorial device at a time. It should be noted that where the communications link is provided in the form of a network interface, that memorial devices may be configured remotely and operated as part of a third party maintenance service.

In an alternatively preferred embodiment, a controller **200** connects to the remote interface **202** via a communications link **204** and memorial display **206** includes a plurality of light bars **208** connected by a serial bus **210** to the controller **200** that can be used easily rewire an existing light display housing (not shown) or configure a new housing design (not shown). Each bar includes a plurality of individually addressable lights **212** controlled by a latch circuit **214** that is responsive to the controller **200** to activate or deactivate each light when it is addressed. Each light is preferably an LED wired into a circuit board. The light bars are designed to be arranged vertically as columns with up to "N" number of rows and each bar **208** includes preferably five lights **212** wherein each light is spaced approximately 1 to 2 inches apart to permit alignment with an existing design. The spacing may be on tailored to the needs of an existing or new design. Presently, a preferred spacing that conforms to most conventional memorial designs is two inches. However, this should not be considered limiting as any appropriate spacing may be used without departing from the invention. Perforations **216** are included in the light bar **208** to permit the lights to be snapped off as needed for a desired configuration. Breaking of the circuit board nearest the perforation has no effect of the lights nearest the latch circuit **214**, but permanently removes the excess removed lights from the light bar. Additionally, a light bar (not shown) may include complementary grooved rails disposed in between the perforations into which the tongue leads of the LED can be inserted to allow for the LED supported by the leads to slide within respective rails. This further allows for a degree of adjustment to be made should the spacing of the LEDs in a column vary. In the presently preferred embodiment the light bars can be used as a unit of 5 light sources or easily shortened to a minimum of 1 or 2 light sources allowing for columns of various lengths, where a minimum **3** light sources is presently preferred. The circuit

US 8,390,204 B1

13

board is manufactured with perforations for easily breaking off the desired number of lights to the desired combination without damaging the integrity of the light bar electronics. To obtain the preferred 30×10 array of 300 lights, 10 strings of up to 6 light bars may be connected to the controller.

It will be appreciated by those skilled in the art that the software may be configured to allow the user to have many more lighting options all preconfigured on the user interface. Such configurations may include, but are not limited to, allowing the user to choose by deceased if they want to memorialize by the Gregorian or the Hebrew calendar.

As used throughout this specification it should be noted that:

Light Fixture—refers to a location on a memorial device where on or more light sources may be located to provide a single light.

Light Source—refers a low voltage light such as, but not limited to, an LED.

Light Bar—refers to a plurality of light sources or lights disposed on a printed circuit board in spaced apart relation where individual or clustered lights or light sources may also be referred to as light fixtures.

Lights—refers to one or more light sources clustered together on a light bar.

Lamp—is a term from the user interface that depending upon the configuration used can refer to light fixtures, light sources and/or lights.

Although the invention has been described in terms of exemplary embodiments, it is not limited thereto. Rather, the appended claims should be construed broadly, to include other variants and embodiments of the invention, which may be made by those skilled in the art without departing from the scope and range of equivalents of the invention.

What is claimed is:

1. A memorial display system comprising:
   at least one memorial device having a plurality light fixtures;
   each light fixture having at least one light source;
   a controller in electrical communication with each of said at least one light source that automatically activates and deactivates said at least one light source;
   said controller includes memory having stored therein at least one anniversary date that corresponds to at least one light fixture and an anniversary duration indicating the time period that the anniversary is observed;
   said at least one memorial device includes at least one plaque having indicia printed near said at least one light fixture wherein the indicia provides anniversary information;
   said controller further includes a display engine for illuminating the at least one light fixture; and
   said controller is operative to illuminate the light fixture via said display engine corresponding to an anniversary date and a duration period stored in said memory.

2. The system of claim 1 wherein said controller includes a diagnostic engine that illuminates all light fixtures.

3. The system of claim 2 wherein said diagnostic engine illuminates all light fixtures according to a pre-determined pattern.

4. The system of claim 3 wherein said diagnostic engine illuminates all light fixtures sequentially according to a pre-determined pattern that is visually recognizable to a user and readily indicates a light source failure.

5. The system of claim 1 wherein said controller includes a battery to maintain clock date and time and said memory is non-volatile.

14

6. The system of claim 1 wherein said at least one fixture includes a plurality of light sources for varying the illumination from said at least one fixture using said display driver.

7. The system of claim 6 wherein said plurality of light sources include light features selected from the group consisting of color and luminosity.

8. The system of claim 1 wherein the memorial display system includes:
   a remote interface device that includes engines to provide user data to the controller including anniversary date information; and
   a communications link connecting the remote interface device to the memorial device controller.

9. The system of claim 8 wherein the communications link is selected from the group consisting of a electrical cable interface link, a wireless interface link, an internet communications link and any combination thereof.

10. The system of claim 8 wherein said remote interface device includes diagnostic tools for testing said at least one memorial device including testing of at least one light source and testing of anniversary dates to activate the at least one light source at appropriate times.

11. The system of claim 8 wherein said at least one memorial device includes a plurality of memorial devices and said remote interface device engines provide user data to a plurality of controllers, each selectively in signal communication with said remote interface device via said communications link.

12. The system of claim 8 wherein said at least one memorial device includes a plurality of light fixtures arranged in a visual pattern and said remote interface device includes a configuration engine that permits configuration of user data entry in a visual arrangement that matches said visual pattern of light fixtures.

13. The system of claim 8 where said at least one memorial device includes an interface controller to exchange data with said remote interface device.

14. The system of claim 8 wherein remote interface device includes a set-up engine to establish basic parameters for interfacing with said at least one memorial device.

15. The system of claim 8 wherein said remote interface device includes test engines for test said at least one memorial device.

16. The system of claim 15 wherein one of said test engines is a lamp test engine.

17. The system of claim 15 wherein on of said test engines is a date test engine.

18. The system of claim 1 wherein said at least one plaque includes an electronic display for reproducing said indicia.

19. The system of claim 1 wherein said controller is operative to illuminate a portion of all light fixtures according to at least one predetermined date.

20. The system of claim 19 wherein said portion of all light fixtures is all light fixtures.

21. The system of claim 19 wherein said controller said at one predetermined date is at least one religious holiday.

22. The system of claim 21 wherein said controller follows the Hebrew calendar and acknowledges that a new day starts at sunset.

23. The system of claim 22 wherein said at least one religious holiday is a Jewish Holiday.

24. A memorial display system comprising:
   at least one memorial device having a plurality of light fixtures;
   each light fixture having at least one light source;

US 8,390,204 B1

15

at least one light bar supporting a plurality of said at least one light source, where each of said at least one light source is individually addressable;

a latch circuit responsive to an address corresponding to one of said at least one light sources supported by said at least one light bar to activate or deactivate said corresponding at least one light source;

a controller in electrical communication with said latch circuit on said at least one light bar that automatically activates and deactivates said at least one light source;

said controller includes memory having stored therein at least one anniversary date that corresponds to at least one light fixture and an anniversary duration indicating the time period that the anniversary is observed.

**25**. The system of claim **24** wherein said at least one light bar includes said plurality of at least one source are spaced apart corresponding the spacing of light fixtures.

16

**26**. The system of claim **25** wherein said at least one light bar is perforated at locations in between said plurality of at least one light source to permit the elimination of a portion of said lights.

**27**. The system of claim **25** including a plurality of light bars wherein some boards connect to the controller in series and some light bars connect to the controller in parallel to form an array of light sources.

**28**. The system of claim **27** wherein said memorial display is configured for a manual lighting circuit and forms an array of lighting fixtures and said light bars are connected to said controller to form array corresponding to said array of light fixtures.

* * * * *

**EXHIBIT 6**



**W&E BAUM**

Designers and Manufacturers
Donor Walls • Plaques • Awards • Memorials

November 18, 2013

89 Bannard Street
Freehold, New Jersey 07728
800-922-7377
732-866-1881
fax:732-866-8978
website: www.webaum.com
email: info@webaum.com

Yahrzeitronix Inc.
4925 Wilshire Blvd.
Suite 101
Los Angeles, CA 90010
Att: Jerry Siegel

Dear Jerry,

W & E Baum is constantly seeking ways to implement new technologies into its products. W & E Baum believes the cost-effective, computerized, Automated Yahrzeit Lighting System is the perfect combination of tradition and technology. Memorials utilizing this automated feature continue to honor loved ones with the dignity and affection they deserve while employing dynamic innovations that have even earned the recognition of an award of a United States Patent under US Patent No. 8,390,204, with other patents pending. More information on our system can be found at: http://www.webaum.com/synagogue-automated-yahrzeits-lighting.php

Our proprietary automated anniversary reminder system is capable of integrating seamlessly and invisibly into any existing lighting system so as to enhance your product offerings without detracting from the uniqueness of your brand.  The benefits of Automating the Lighting of Yahrzeit Tablets include:

- Easy initial set-up and updating

- No bulb replacement

- Environmentally friendly and cost-effective low voltage LED "lamps" are rated for long life and reliability

- Battery back-up protects stored data in the event of a power failure.

- Available on new Yahrzeits or as a retrofit to existing units

- LED's automatically illuminate for the Yahrzeit

- LED's automatically illuminate on Yizkor holidays

- Functionality is driven by the Hebrew or Gregorian calendar.

We would like to offer you the opportunity to work with us in the growing field of new and retrofitted computer automated memorial systems.  We propose to set up a time within the next 2 weeks to discuss our mutual interests.  This is a great opportunity for both of us.  We look forward to speaking with you.

Sincerely,

Richard Baum
President